IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FLAVIO CAMERO,

          Petitioner,                CV F 05 0034 AWI WWW HC

          .                       <u>ORDER</u>
<br>(Doc. 5)

MIKE KNOWLES,

          Respondent.

       Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On November 4, 2005, a recommendation of dismissal was entered, recommending dismissal of this action for failure to state a claim upon which relief could be granted.  On November 17, 2005, petition sent to the court objections to the findings and recommendations.   The recommendation of dismissal was entered in error.

       Accordingly, IT IS HEREBY ORDERED that the November 4, 2005, recommendation of dismissal is vacated.

IT IS SO ORDERED.

**Dated:   November 17, 2005**          **/s/  William M. Wunderlich**
<br>j14hj0                         UNITED STATES MAGISTRATE JUDGE

1