IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FLAVIO CAMERO,

    Petitioner,                                No. 1:05-CV 00034 ALA HC

    vs.

MIKE KNOWLES,

    Respondent.                              <u>ORDER</u>

_____/

        Respondent has filed an application for the first enlargement of time within which to file an Answer to the petition for writ of habeas corpus. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Respondent's July 11, 2007, request for an enlargement of time is granted; and

        2. Respondent's Answer shall be filed on or before September 28, 2007.

Petitioner's traverse is due on or before October 29, 2007.

DATED: August 23, 2007

                                            <u>/s/ Arthur L. Alarcón</u>
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation