IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FLAVIO CAMERO,

    Petitioner,                      No. 1:05-CV 00034 ALA HC

    vs.

MIKE KNOWLES,

    Respondent.                    <u>ORDER</u>

_____/

    Respondent has filed an application for the second enlargement of time within which to file an Answer to the petition for writ of habeas corpus. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Respondent's September 21, 2007, request for an enlargement of time is granted; and

    2. Respondent's Answer shall be filed within 63 days of the date of this order. Petitioner's traverse is due 42 days after filing of Respondent's Answer.

DATED: September 27, 2007

                                        <u>/s/ Arthur L. Alarcón</u>
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation