IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FLAVIO CAMERO,

    Petitioner,                        No. 1:05-CV 00034 ALA HC

    vs.

MIKE KNOWLES,

    Respondent.                  <u>ORDER</u>

        Respondent has filed an answer to the petition. Petitioner Flavio Camero is directed to file a traverse.

        Therefore, IT IS HEREBY ORDERED that Petitioner file a traverse within thirty-five (35) days of the date of this order.

/////

DATED: December 5, 2007

                                              /s/ Arthur L. Alarcón
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation

1